IN RE ESTATE OF HENRY WOOLLEY, GEORGE PAGE, APPELLANT.

Special Term at Brattleboro, February, 1922.

Present:   WATSON, C. J., POWERS, TAYLOR, MILES, and SLACK, JJ.

Opinion filed May 2, 1922.

APPEAL from a decree of the probate court for the district of Westminster, increasing the allowance to Mary Page Woolley, widow of Henry Woolley, during the settlement of the estate, from the allowance as first made. Trial by court at the September Term, 1921, Windham County, *Fish*, J., presiding. Judgment affirming the decree of the probate court. The appellant excepted. *Affirmed.*

*George A. Weston* for appellant.

*Stickney, Sargent & Skeels* for appellee.

SLACK, J. This is an appeal from the decree of the probate court for the district of Westminster increasing the allowance to the widow during the settlement of the estate from $25.00 a month, as first made, to $50,00 a month. The court below affirmed the decree of the probate court, with costs, and the case is here on appellant's exceptions.

The same questions presented in this case were before the Court in *In re Estate of Henry Woolley, George Page, Appellant,* reported at page 60 of this volume, at page 370 of 117 Atl. For reasons there stated the judgment must be affirmed.

*Judgment affirmed. To be certified to the probate court.*